IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ANN YELA OF FARLEY, PIAZZA AND ASSOCIATES, guardian ad litem for J.P.V., a minor, | 3:14-cv-02056-ST<br><br>ORDER |
|         Plaintiff, | |
| v. | |
| MACERICH PROPERTY MANAGEMENT COMPANY, LLC, a foreign corporation dba Washington Square, and THYSSENKRUPP ELEVATOR CORPORATION, a foreign business corporation, | |
|         Defendants. | |

**BROWN, Judge.**

    Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#19) on February 24, 2015, in which she recommends this Court deny Plaintiff's Motion (#14) for Award of

1 - ORDER

Attorney Fees Against Defendant Macerich Property Management Company, LLC.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009).  *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).  Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#19).  Accordingly, the Court **DENIES** Plaintiff's Motion (#14) for Award of Attorney Fees Against Defendant Macerich Property Management Company, LLC.

IT IS SO ORDERED.

DATED this 18th day of March, 2015.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER